UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLDO V. ESTEVEZ,<br><br>    Petitioner<br><br>    v.<br><br>W.L. MUNIZ, WARDEN,<br><br>    Respondent. | Case No. EDCV 14-2322-AB (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition and all pleadings, motions, and other documents filed in this action, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to the Report. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of those portions of the Report to which objections have been stated.

    The Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that: (1) the Petition is DENIED; (2) Petitioner's request for an evidentiary hearing is DENIED; and (3) Judgment shall be entered dismissing this action with prejudice.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATE: December 8, 2015                         _____

                                                          ANDRÉ BIROTTE JR.
                                                          UNITED STATES DISTRICT JUDGE