1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLDO V. ESTEVEZ,<br>Petitioner<br>v.<br>W.L. MUNIZ, WARDEN,<br>Respondent. | Case No. EDCV 14-2322-AB (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATE: December 8, 2015

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE